## SMITHERMAN v. STATE.
### No. 26344.

Court of Criminal Appeals of Texas.
April 1, 1953.

## JUAREZ v. STATE.
### No. 26343.

Court of Criminal Appeals of Texas.
April 1, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for driving a motor vehicle while intoxicated with the punishment assessed at a fine of $100.

There is nothing presented for the consideration of this court in the absence of statement of facts and bills of exception. All proceedings revealed by the transcript appear to be regular.

The judgment is affirmed.